# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 82 HEALTH CARE FUND, a third-party healthcare payor fund, ANNIE M. SNYDER, a California consumer, RICKEY D. ROSE, a Missouri consumer, JOHN CARDARELLI, a New Jersey consumer, MARLYON K. BUCKNER, a Florida consumer, and SYLVIE BIGORD, a Massachusetts consumer, on behalf of themselves and ALL others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese corporation; TAKEDA PHARMACEUTICALS USA, Inc., an Illinois corporation (fka TAKEDA PHARMACEUTICALS NORTH AMERICA, Inc.); and ELI LILLY & COMPANY, an Indiana corporation,<br><br>Defendants. | Case No.: 2:17-cv-07223-SVW-AS<br>Hon. Stephen V. Wilson<br><br>**ORDER ENTERING FINAL JUDGMENT** |

On February 1, 2018, the Court dismissed Plaintiffs' Racketeer Influenced and Corrupt Organizations Act (RICO) claims with prejudice. (Dkt. 140).

On April 3, 2018, the Court dismissed Plaintiffs' Missouri, New Jersey, Florida, and Massachusetts claims with prejudice and Plaintiffs' California and Minnesota claims without prejudice.

On April 13, 2018, Plaintiffs filed a Notice of Intent *Not* to File Amended Complaint, indicating that they would not file an amended complaint to correct the pleading deficiencies for their California and Minnesota claims, as identified by the Court's April 3, 2018 order. The Plaintiffs have decided to "stand" on the Second Amended Complaint and appeal to the Ninth Circuit Court of Appeals. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004).

For these reasons, the Court DISMISSES Plaintiffs Second Amended Complaint WITH PREJUDICE and ENTERS final judgment against the Plaintiffs.

DATED: April 26, 2018

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE