Alexander Schultz (Bar. No. 340212)
aschultz@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4788
Facsimile: (424) 332-4749

*Counsel for Takeda Defendants*

*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 82 HEALTH CARE FUND, a third-party healthcare payor fund, ANNIE M. SNYDER, a California consumer, RICKEY D. ROSE, a Missouri consumer, JOHN CARDARELLI, a New Jersey consumer, MARLYON K. BUCKNER, a Florida consumer, and SYLVIE BIGORD, a Massachusetts consumer, on behalf of themselves and ALL others similarly situated,

*Plaintiffs,*

v.

TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese corporation; TAKEDA PHARMACEUTICALS USA, INC., an Illinois corporation (fka TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.); and ELI LILLY & COMPANY, an Indiana corporation,

*Defendants.*

Civil Case No.: 2:17-cv-07223-JWH (AS)

Hon. John W. Holcomb

**NOTICE OF SUPPLEMENTAL AUTHORITY**

In advance of the summary judgment hearing in this case, Defendants write to notify the Court of the Second Circuit's decision in *Yousefzadeh v. Johnson & Johnson Consumer Inc.*, No. 24-3296 (2d Cir. July 30, 2026) (attached as Exhibit 1). In *Yousefzadeh*, the Second Circuit joined the Third, Sixth, and Seventh Circuits in explicitly holding "that the indirect purchaser rule indeed applies to civil RICO claims." Ex. 1 at 52.

DATED: August 3, 2026

COVINGTON & BURLING LLP

By: */s/ Andrew Soukup*
Andrew Soukup

Andrew Soukup (*pro hac vice*)
Michael X. Imbroscio (*pro hac vice*)
Robert D. Wick (*pro hac vice*)
John S. Playforth (*pro hac vice*)
Stephen F. Petkis (*pro hac vice*)
mimbroscio@cov.com
asoukup@cov.com
rwick@cov.com
jplayforth@cov.com
spetkis@cov.com
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: 202-778-5066

Alexander Schultz (Bar. No. 340212)
aschultz@cov.com
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4788

NORTON ROSE FULBRIGHT LLP

D'Lesli M. Davis (*pro hac vice*)
dlesli.davis@nortonrosefulbright.com
2200 Ross Avenue Suite 3600

Dallas, TX 75201-7932
Telephone: (214) 855-8221
Facsimile: 214-855-8200

Darryl W. Anderson (*pro hac vice*)
Geraldine W. Young (*pro hac vice*)
darryl.anderson@nortonrosefulbright.com
geraldine.young@nortonrosefulbright.com
1301 McKinney Suite 5100
Houston, TX 77010
Telephone: (713) 651-5562
Facsimile: 713-651-5246

*Counsel for Defendants Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals USA, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Robert B. Ellis*
Robert B. Ellis

Robert B. Ellis (*pro hac vice*)
Ryan J. Moorman (*pro hac vice*)
Caroline N. J. Power (*pro hac vice*)
rellis@kirkland.com
ryan.moorman@kirkland.com
caroline.power@kirkland.com
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2772
Facsimile: (214) 855-8200

Michael J. Shipley (SBN: 233674)
mshipley@kirkland.com
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (213) 680-8400

BOWMAN AND BROOKE LLP

Randall L. Christian
Randy.christian@bowmanandbrooke.com
2901 Via Fortuna Drive, Suite 500
Austin, TX 78746
Telephone: (512) 874-3811

*Counsel For Defendant Eli Lilly and Company*

**L.R. 5-4.3.4 ATTESTATION**

The undersigned, counsel for Defendants Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals USA, Inc., attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

DATED: August 3, 2026

/s/ *Andrew Soukup*
Andrew Soukup

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, I caused the foregoing to be served upon counsel of record through the Court's CM/ECF System.

DATED: August 3, 2026

/s/ *Andrew Soukup*
Andrew Soukup