Michael L. Baum, Esq. (SBN: 119511)
mbaum@wisnerbaum.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@wisnerbaum.com
Harrison E. James, Esq. (SBN: 337733)
hjames@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

Christopher L. Coffin (*pro hac vice*)
ccoffin@pbclawfirm.com
**COFFIN LAW, LLC**
1311 Avenue Ponce de Leon Suite 504
San Juan, PR 00907
Telephone: (787) 961-9988

*Class Counsel and Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 82 HEALTH CARE FUND, a third-party healthcare payor fund, ANNIE M. SNYDER, a California consumer, RICKEY D. ROSE, a Missouri consumer, JOHN CARDARELLI, a New Jersey consumer, MARLYON K. BUCKNER, a Florida consumer, and SYLVIE BIGORD, a Massachusetts consumer, on behalf of themselves and ALL others similarly situated,

Plaintiffs,

vs.

TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese corporation; TAKEDA PHARMACEUTICALS USA, Inc., an Illinois corporation (fka TAKEDA PHARMACEUTICALS NORTH AMERICA, Inc.); and ELI LILLY & COMPANY, an Indiana corporation,

Defendants.

Case No.: 2:17-cv-07223-JWH (ASx)

Hon. John W. Holcomb
Hon. Alka Sagar

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respond to Defendants' Notice of Supplemental Authority. *Yousefzadeh v. Johnson & Johnson Consumer Inc.*, No. 24-3296, 2026 WL 2192415 (2d Cir. July 30, 2026) does not advance any issue before this Court.

The indirect purchaser rule ("IPR") bars pass-on injury claims, both offensively and defensively. *Illinois Brick Co. v. Illinois*, 431 U.S. 720, 730 (1977). Plaintiffs argue that, here, the IPR does not bar Plaintiffs' Racketeer Influenced and Corrupt Organizations Act ("RICO") claims because Plaintiffs *are* direct purchasers—they were the first to purchase the Actos "by reason of" (18 U.S.C. § 1964(c)) of the alleged Racketeer Influenced and Corrupt Organizations Act ("RICO") violations. There is no entity or middleman that purchased Actos "by reason of" Defendants' RICO violations and then, in turn, passed that injury on to Plaintiffs (like there would be in a typical overpricing theory). This point was underscored by the Ninth Circuit *in this case*: "Here, patients and TPPs who paid money for Actos are the most direct victims of those who suffered economic injury." *Painters & Allied Trades Dist. Council 82 Health Care Fund v. Takeda Pharms. Co. Ltd.*, 943 F.3d 1243, 1252 (9th Cir. 2019).

Thus, *Yousefzadeh* is irrelevant. The only issue in *Yousefzadeh* is whether the "IPR" can apply to RICO. 2026 WL 2192415 *16. *Yousefzadeh* did not discuss *how* the IPR applied because the consumer plaintiffs "d[id] not dispute that, if the rule applies, they lack a cause of action under RICO[.]" *Id.* Here, Plaintiffs agree that the IPR can apply to RICO claims. Opp. at 25–26. The issue is whether, *as applied*, the IPR bars Plaintiffs claims here—the precise question that *Yousefzadeh* did not need to address. And, as noted above and in Plaintiffs' opposition briefing, the IPR, as applied here, does not provide the silver bullet defense that Defendants claim.

Dated: August 4, 2026

**WISNER BAUM, LLP**

By: */s/ R. Brent Wisner*
R. Brent Wisner (SBN: 276023)
rbwisner@wisnerbaum.com

Harrison E. James, Esq. (SBN: 337733)
hjames@wisnerbaum.com
11111 Santa Monica Blvd, Ste 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

Christopher L. Coffin (*pro hac vice*)
ccoffin@pbclawfirm.com
**COFFIN LAW, LLC**
1311 Avenue Ponce de Leon Suite 504
San Juan, PR 00907
Telephone: (787) 961-9988

*Class Counsel and Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, R. Brent Wisner, hereby certify that, on August 4, 2026, I electronically filed the foregoing with the Clerk for the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ R. Brent Wisner*
R. Brent Wisner